**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7251**

DANILO ALDUBLIN-ROBLETO,

                    Plaintiff - Appellant,

          v.

FCC II BUTNER,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Louise W. Flanagan, District Judge.  (5:15-ct-03026-FL)

Submitted:  January 14, 2016          Decided:  January 19, 2016

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Danilo Aldublin-Robleto, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danilo Aldublin-Robleto appeals the district court's order denying relief on his action brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680 (2012). We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Aldublin-Robleto v. FCC II Butner, No. 5:15-ct-03026-FL (E.D.N.C. July 21, 2015). We deny Aldublin-Robleto's motion for entry of final judgment and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED